UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Giovanny Cruz-Olvera, | Case No. 2:26-cv-00218-CDS-EJY |
| Petitioner | **Service Order** |
| v. | [ECF No. 1] |
| Brian Henkey, et al., | |
| Respondents | |

Counseled petitioner Giovanny Cruz-Olvera, an immigration detainee who is challenging the lawfulness of his federal detention at Nevada Southern Detention Center, paid his filing fee and petitions for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1. Following a preliminary review of the petition under the Rules Governing Section 2254 Cases,[1] I find that the petition establishes a prima facie case for relief, so I direct that it be served on the United States Attorney's Office for the District of Nevada and set a briefing schedule.

It is therefore kindly ordered that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF No. 1) and this order to the United States Marshal for service.

2. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1), exhibits (ECF No. 1-2), and this order to the United States Attorney's Office for the District of Nevada, at Sigal.Chattah@usdoj.gov, Summer.Johnson@usdoj.gov, Veronica.Criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

---

[1] I exercise my discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. *See* Habeas Rule 1(b).

3. <u>SEND</u>, through CM/ECF, a copy of the petition (ECF No. 1), exhibits (ECF No. 1-2), and this order to Ashley Hesman at ahesman@strucklove.com.

4. <u>MAIL</u> a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

a) Brian Henkey, Field Office Director, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096

b) Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

c) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

d) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

e) Todd Lyons, Acting Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

f) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further ordered that the United States Marshal <u>SERVE</u> a copy of the petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that the United States Attorney's Office for the District of Nevada file a notice of appearance by February 6, 2026, and file and serve their answer by February 18, 2026. The respondents must file any documents referenced or relied upon in their responsive pleading with that pleading.[2] Petitioner will then have 7 days to file a reply.

---

[2] *See Harris v. Nelson*, 394 U.S. 286, 290 (1969) (holding that "a district court, confronted by a petition for habeas corpus which establishes a *prima facie* case for relief, may use or authorize the use of suitable discovery procedures . . . reasonably fashioned to elicit facts necessary to help the court to 'dispose of the matter as law and justice require.'" (citing 28 U.S.C. § 2243)).

It is further ordered that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

It is further ordered that the respondents shall not transfer the petitioner out of this District, with the exception of effectuating the petitioner's lawful deportation.[3]

Dated: February 3, 2026

_____
Cristina D. Silva
United States District Judge

---

[3] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").